```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 00795
    EVA ANNA CHMURAK
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-2146

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 01/11/2005 and was confirmed 03/09/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors an estimated  15.83% from remaining funds.

      The case was paid in full 02/08/2008.
-------------------------------------------------------------------------------
  CREDITOR NAME                 CLASS         CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                   PAID          PAID
  -----------------------------------------------------------------------------------
  RESURGENT ACQUISITION LL  UNSECURED          10355.13             .00        1639.09
  ECAST SETTLEMENT CORP     UNSECURED           3838.79             .00         607.63
  RESURGENT ACQUISITION LL  UNSECURED          11835.97             .00        1873.49
  ROUNDUP FUNDING LLC       UNSECURED           3049.15             .00         482.64
  ROUNDUP FUNDING LLC       UNSECURED OTH       196.11              .00          30.84
  JOSEPH WROBEL             DEBTOR ATTY           .00                              .00
  TOM VAUGHN                TRUSTEE                                             262.31
  DEBTOR REFUND             REFUND                                                 .00

         Summary of Receipts and Disbursements:
  -----------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
  -----------------------------------------------------------------------------------
  TRUSTEE                 4,896.00

  PRIORITY                                           .00
  SECURED                                            .00
  UNSECURED                                     4,633.69
  ADMINISTRATIVE                                     .00
  TRUSTEE COMPENSATION                            262.31
  DEBTOR REFUND                                      .00
                         --------------     --------------
  TOTALS                  4,896.00             4,896.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 00795 EVA ANNA CHMURAK

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 00795 EVA ANNA CHMURAK